UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROZANNE E. BAZINET | ) | CIVIL NO. 07CV232 BTM (NLS) |
| Plaintiff, | ) | |
| | ) | ORDER AMENDING BRIEF SCHEDULE |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to a joint motion of the parties, the briefing schedule is amended to extend the due dates on the parties motions and replies, by one week.

Plaintiff must file her motion for summary judgment on or before **October 1, 2007**. Defendant must file its cross motion and opposition on or before **November 1, 2007**. Plaintiff must file any opposition to the cross motion on or before **November 16, 2007**.

The motions will be still be heard at 11:00 a.m. on **November 30, 2007**. Unless the Court directs otherwise, the matter will be resolved without oral argument and no personal

**IT IS SO ORDERED**.

DATED: September 27, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge